UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BURTON,

    Plaintiff,

v.                                                                Case No. 11-14107

STATE FARM MUTUAL INSURANCE              Honorable Patrick J. Duggan
AUTOMOBILE COMPANY and
GREYHOUND LINES, INC.,

    Defendants.
_____/

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 17, 2012.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

Presently before the Court is a motion by Defendant Greyhound Lines, Inc. for an order requiring the business manager and/or authorized representative of Silver Pine Imaging to show cause as to why he/she should not be held in contempt of court for non-compliance with Defendant's subpoena.

A hearing was held on this motion on October 11, 2012. For the reasons set forth on the record at that hearing, Defendant's motion is denied without prejudice.

Defendant Greyhound Lines, Inc. shall have the opportunity to issue and serve another subpoena upon non-party Silver Pine Imaging.

**SO ORDERED**.

                                                             s/PATRICK J. DUGGAN
                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Mark E. Boegehold
Mark Shreve
Elaine Marie Sawyer